```
 1  ANTHONY P. MARTIN (State Bar No. 180181)
    ATTORNEY AT LAW
 2  ANTHONY P. MARTIN, P.C.
    6820 La Tijera Boulevard, Suite 202A
 3  Los Angeles, California  90045
    Tel.: (310) 670-6180; Fax: (310) 670-9552
 4

 5  Attorney for Defendant In Interpleader
    DELORES DE ALLEN
 6
```

SCAN ENTER (closed)

FILED
CLERK, U.S. DISTRICT COURT
DEC -3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff<br><br>     vs.<br><br>CRYSTAL ADDISON TERRY, as Administrator of the Estate of Robert Carlos De Allen, a.k.a. Robert C. De Allen, Sr.; DELORES DE ALLEN; DOES I through X, inclusive,<br><br>             Defendants. | Case No. CV 07-3173 R (VBKx)<br><br>Case Assigned to the Honorable Manuel L. Real, Judge<br><br>[PROPOSED] JUDGMENT<br><br>DATE: November 26, 2207<br>TIME: 10:00 a.m.<br>CTRM: 8 |

    On November 26, 2007, the motion of Defendant In Interpleader Delores DeAllen for Summary Judgment came on regularly for hearing before this Court in Courtroom 8 at 10:00 a.m., the Honorable Manuel L. Real, United States District Judge presiding.

[PROPOSED] JUDGMENT

On November 26, 2007, the Court issued an Order granting Defendant In Interpleader Delores DeAllen's motion for Summary Judgment. In accordance with this Order,

**IT IS ADJUDGED that:**

1. Defendant In Interpleader Delores DeAllen is entitled to the insurance proceeds of $100,000.00, plus interest accrued thereon, under Transamerica Occidental Life Insurance Company policy number 92423664, on deposit with the clerk of the above-entitled Court.

///

Dated: November 29, 2007

Respectfully Submitted,

ANTHONY P. MARTIN, P.C.

By _____
ANTHONY P. MARTIN
Attorney for Defendant
DELORES DEALLEN

DATE: Dec. 3, 2007

_____
Honorable Manuel L. Real,
United States District Court Judge

2

[PROPOSED] JUDGMENT

**PROOF OF SERVICE**
Case No. CV 07-3173 R(VBKx)

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 6820 La Tijera Boulevard, Suite 202A, Los Angeles, California 90045.

On November 30, 2007, I served the following document(s) **[PROPOSED] JUDGMENT** on the interested party (ies) in this action by placing a true and correct copy of each document thereof, enclosed in a sealed envelope, addressed as follows:

**EDWARD C. IP, Esq.**
4424 Santa Anita Avenue, Suite 201
El Monte, CA 91731

I deposited such envelope in the United States mail at Los Angeles, California on that same date. The envelope was mailed with first class postage thereon fully prepaid.

Executed on November 30, 2007, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

ANTHONY MARTIN

**PROOF OF SERVICE**